In the Matter of the Application of HENRY SALANT,
Appellant.

DAVID SANDLER, Plaintiff, *v.* ABRAHAM SHEBAR et al.,
Respondents.

Reported below, 158 App. Div. 697.
(Argued February 25, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered November 7, 1913, modifying
and affirming as modified an order of Special Term fixing
an attorney's lien.

Also motion by appellant for leave to file undertaking
*nunc pro tunc.*

The motion to dismiss was made upon the ground of
failure to file the required undertaking on appeal.

*Charles L. Meckenburg* for motion to dismiss.

*Henry Salant* opposed.

Motion to dismiss appeal denied.
Motion for leave to file undertaking *nunc pro tunc* granted.